UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR No. 05-48T |
| SEAN PHILBROOK | : | |

MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Sean Philbrook, by and through his counsel, and moves this Honorable Court to continue the trial in this matter, currently scheduled for July 15, 2005 to the Court's August calendar.

In support of this motion, defense counsel states that he has not had an opportunity to meet with the defendant due to his only recent transfer from out of State, defense counsel is requesting that this matter be continued for an additional thirty (30) days. In addition, defense counsel is scheduled for trial in the matter of United States vs. Daniel Shepard, Cr. No. 05-16S before the Honorable William E. Smith beginning on June 13, 2005.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The Government, through AUSA James Leavey, has stated it has no objection to this requested continuance.

Respectfully submitted
Sean Philbrook
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 538-4281

CERTIFICATION

on 6/9/05

I hereby certify that I hand-delivered a copy of the within motion to James Leavey, AUSA, Office of the US Attorney, 50 Kennedy Plaza, Providence, RI 02903.