**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR05-0048T** |
| | ) | |
| **SEAN DAVID PHILBROOK** | ) | |

**NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY**

Now comes Sean Philbrook, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment. Mr. Philbrook requests the Court to schedule a change of plea hearing at the earliest convenience.

Respectfully Submitted
Sean David Philbrook,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this motion to be delivered to AUSA James Leavey, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 15th day of July, 2005