**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-48-01T **DATE**: August 18, 2005
**TITLE OF CASE:** USA v. Sean David Philbrook

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: James H. Leavey, AUSA

Defendant: Kevin J. Fitzgerald, Esq.

---

**PROCEEDINGS:** **Change of Plea**

August 18, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Government summarizes charges, maximum potential penalties and elements of proof. No plea agreement in this case. Government informs the Court and defendant of its profer. No argument as to the facts by defense. Defendant sworn. Court questions defendant. Court finds defendant competent and able to enter an informed plea. Court finds plea voluntary and made of Defendant's own free will. Court finds that defendant has a thorough understanding of the charge against him, what the government would have to prove in order to find him guilty, the maximum potential penalties, his rights under the law and the rights he waives by pleading guilty. Court accepts defendant's plea of guilty. Sentencing scheduled for Friday, December 9, 2005 at 9:30 a.m.

Recess