UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-48T |
| | ) | |
| SEAN PHILBROOK | ) | |

MOTION FOR CONTINUANCE OF SENTENCING

Now comes the defendant Sean Philbrook, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for December 9, 2005, for an additional 90 days.

As grounds the defense counsel submits that he is requesting the additional time to investigate and research the defendant's out of state criminal record.

Respectfully submitted
Sean Philbrook
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I mailed a copy of this motion, postage pre-paid, to James Leavey, Assistant United States Attorney; Dennis Jenkins, USPO, on the 5th day of October, 2005.