UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0048T |
| | ) | |
| SEAN DAVID PHILBROOK | ) | |

MOTION TO CONTINUE SENTENCING

Now comes Sean Philbrook, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue his sentencing from March 24, 2006, for a period of 60 days. Mr. Philbrook requests this continuance to resolve motions pending in the District Court for the Commonwealth of Massachusetts. Specifically, Mr. Philbrook has moved in that court to vacate his convictions in case nos. 9806-CR-2229 (possession of heroin with intent to distribute) and 9906-CR-3099 (possession of heroin with intent to distribute and breaking and entering). Both convictions rest on woefully deficient factual bases (police reports attached) and have a very significant impact on the advisory guideline range that he faces in this case. A defendant has a due process right to be sentenced based on accurate information. *United States v. Tucker*, 404 U.S. 443, 447 (1972); *Townsend v. Burke*, 334 U.S. 736, 741 (1948). Resolution of these motions in the Commonwealth's court will allow the Court to sentence Mr. Philbrook based on an accurate record.

The government has no objection to this continuance.

Respectfully Submitted
Sean David Philbrook,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

## Certification

I hereby certify that I caused this motion to be delivered to AUSA James Leavey, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903 on this the 6th day of March, 2006.

[signature]

# CRIMINAL COMPLAINT

**Trial Court of Massachusetts**
**District Court Department**

| | |
|---|---|
| DOCKET NO. | 9808 CR 2229 |
| COURT DIVISION | JC WEST ROXBURY |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT | Sean Philbrook [redacted] |
| DEFT. DOB AND SEX | [redacted] |
| OFFENSE CODE(S) | 801,820 |
| DATE OF OFFENSE(S) | 5-22-98 |
| PLACE OF OFFENSE(S) | Asticou/Washington Sts. |
| COMPLAINANT | Ronan,8638/A.Murphy |
| POLICE DEPARTMENT *(if applicable)* | E-5,cc#80254104 |
| DATE OF COMPLAINT | May 26, 1998 |
| RETURN DATE AND TIME | Arrest |

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

COUNT-OFFENSE

**A.POSS. CLASS A SUB. W/INT. TO DISTRIB./MFG c94C s32**

not being authorized by law, did knowingly or intentionally possess with intent to manufacture distribute or dispense a controlled substance in Class "A" of G.L. c.94C, s.31, to wit: HEROIN, in vioaltion of G.L. c.94C, s.32.

COUNT-OFFENSE

**B.ILLEGAL POSS. OF A CLASS A SUBSTANCE c94C s34**

not being authorized by law did knowingly or intentionally possess a controlled substance in Class "A" of G.L. c.94C, s.31, to wit: HEROIN, in violation of G.L. c.94C, s.34.

COUNT-OFFENSE

COUNT-OFFENSE

| | | | |
|---|---|---|---|
| COMPLAINANT X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK X | ON (DATE) 5-26-98 | ☐ ADDITIONAL COUNTS ATTACHED |
| FIRST JUSTICE Hon. Kathleen E. Coffey | | COURT ADDRESS 445 ARBORWAY JAMAICA PLAIN, MA 02130 | |
| TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |

# Boston Police
## INCIDENT REPORT

HANDPRINT

ORIGINAL [X] SUPPLEMENTARY [ ]

KEY SITUATIONS: [X] DRUGS [ ] LICENSED PREMISES [ ] ELDERLY [ ] JUVENILE [ ] COMMUNITY DISORDERS [ ] DOMESTIC [ ] OTHER

02. COMPLAINT NO.: 80254104
03. REPORT DIST.: E-5
CLEARANCE DIST.:
PAGE 1 OF 2

TYPE OF INCIDENT: POSS. CL. "A" W/INTENT
05. CRIME CODE:
06. STATUS: [ ] INACTIVE [ ] UNFOUNDED [X] ARREST [ ] UNDER 18 [ ] EXCEPT CL [ ] UNDER 18
07. DATE OF OCCUR.: A 5-22-98 B.

LOCATION OF INCIDENT (NO. STREET) (INTERSECTION-ALPHA ORDER): ASTICOU @ WASHINGTON STS. ROSL.
APT.:
09. DISPATCH TIME: 015 [ ] A [ ] P
10. TIME OF OCCUR: A 2:00 [ ] A [X] P B. [ ] A [ ] P

VICTIM-COMP (LAST, FIRST, MI): COMM. OF MASS.
12. PHONE:
13. SEX [ ] M [ ] F
14. RACE
15. MARITAL STATUS [ ] MARRIED [ ] UNMARRIED

ADDRESS (NO., STREET, CITY AND STATE IF OTHER THAN BOSTON OR MASS.): N/A
APT.:
OCCUPATION:
17. AGE
18. D.O.B.

PERSON REPORTING (IF DIFFERENT THAN ABOVE): P.O LEO J. ROWAN
20. ADDRESS: E-5 D.C.U
APT.:
21. PHONE:

WAS THERE A WITNESS TO THE CRIME — A [X] YES [ ] NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. NO | HOME ADDRESS | APT. | TEL |
|---|---|---|---|---|---|---|
| SGT. DET. W. ROBERTSON | | | | | | RES / BUS |
| DET. R. SEXTON | | | | | | RES / BUS |
| P.O J. FOLEY | | | | | | RES / BUS |

NUMBER OF PERPETRATORS: 3
CAN SUSPECT BE IDENTIFIED AT THIS TIME — B [X] YES [ ] NO

24. [X] ARREST [ ] WARRANT [ ] MISSING [ ] SUMMONS [ ] SUSPECT
25. NAME (LAST, FIRST, MI): DEROSA, RICHARD
26. S.S NO.: [redacted]
27. BOOKING NO.: 784105
28. PHOTO NO: —
29. ALIAS: UNK.

30. WARRANT NO.: N/A
31. ADDRESS: [redacted]
32. SEX: [X] M [ ] F
33. RACE: B/M
34. AGE: 49
35. HEIGHT: 6'0"
36. D.O.B.: 11/2/48

37. SPECIAL CHARACTERISTICS (INCLUDING CLOTHING): MULTI-COLORED SHIRT, BLUE PANTS, BASEBALL CAP
38. WEIGHT: 172
39. BUILD: MED.
40. HAIR: BLK.
41. EYES: BRN

CAN SUSPECT VEHICLE BE DESCRIBED — C [ ] YES [X] NO

43. [ ] STOLEN [ ] RECOV. [ ] LV. SCENE [ ] ABAND. [ ] PARKED [ ] TOWED [ ] USED IN CRIME [ ] OTHER — N/A
44. REG. STATE NO:
45. PLATE TYPE: YEAR (EXP.):
46. MODEL:
47. VEHICLE MAKE-YEAR:
48. VEHICLE NO.:
49. STYLE:
50. COLOR (TOP-BOTTOM):
51. OPERATOR'S NAME:
52. LICENSE NO:
53. OPERATOR'S ADDRESS:
54. OWNER'S NAME:
55. OWNER'S ADDRESS:

CAN PROPERTY BE IDENTIFIED — D [X] YES [ ] NO

| 57. TYPE OF PROPERTY | 58. SERIAL OR I-DENTI-GUARD NO. | 59. BRAND NAME-DESCRIPTION | 60. MODEL | 61. VALUE | 62. UCR | 63. RECOV |
|---|---|---|---|---|---|---|
| 1 BRICK HEROIN | 50 BAGS | | | | | |
| 3 BUNDLES HEROIN 25 BAGS | | | | | | |
| | TOTAL - 75 BAGS | | | | | |

IS THERE A SIGNIFICANT M.O. — E [X] YES [ ] NO

65. TYPE OF WEAPON-TOOL: N/A
66. NEIGHBORHOOD: RES/BUS
67. TYPE OF BUILDING: N/A
68. PLACE OF ENTRY: N/A
69. WEATHER: CLEAR
70. LIGHTING: NAT.
71. TRANSPORTATION OF SUSPECT (CAR, FOOT, MBTA, ETC.): FOOT
72. VICTIM'S ACTIVITY: —
73. UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR: "SEE NARRATIVE"
RELATIONSHIP TO VICTIM:

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) — F [X] YES [ ] NO
IS THERE ANY OTHER REASON FOR FURTHER INVESTIGATION (REASON BELOW) — G [X] YES [ ] NO

76. NARRATIVE AND ADDITIONAL INFORMATION

SUSPECT #2 - SEAN PHILBROOK - [redacted], MALE, 25 YRS. D.O.B. [redacted], 5'8", 170 LBS, BLOND HAIR, BRN EYES, WHITE JKT, BLUE SHIRT.

SUSPECT #3 - B/H, MALE, 5'9", 180 LBS, BRN HAIR + EYES, GREY PLAID SHIRT, GREY PANTS.

OS AT ABOUT 2:00 PM, OFFICERS OF THE E-5 D.C.U WERE CONDUCTING A SURVEILLANCE OF THE UPPER LEVEL OF THE FOREST HILLS (T) STATION WHEN THEY OBSERVED SUSPECTS #1 + #2 EXIT

SOLVABILITY FACTOR

UNIT ASSIGNED: 887
78. TOUR OF DUTY: 3
79. REPORTING OFFICER'S SIGNATURE: Leo J. Rowan
80. REPORTING OFFICER'S ID: 8638
81. PARTNER'S ID: —
F.I. [ ] YES [ ] NO
DATE OF REPORT: 5-22-98
83. SPECIAL UNITS NOTIFIED (REPORTING):
TELETYPE NO.:

| District | 2. Complaint No. | BOSTON POLICE DEPARTMENT CONTINUATION SHEET | Page | of |
|---|---|---|---|---|
| E5 | 80254104 | | 2 | 2 |

| Report Date | 4. Nature of Incident | Remarks: |
|---|---|---|
| 5-22-98 | POSS. Cl. A' W/I... | THE BUS TERMINAL STANDING ON THE |

IN BOUND SIDE OF WASH. ST. (ABOVE LOCATION HAS BEEN THE SCENE OF NUMEROUS DRUG ARRESTS IN THE PAST).

THE OFFICERS SURVEILLED THE SUSPECTS FOR APPROX. 30 MINUTES DURING WHICH TIME SUSPECT #3 PASSED AN UNKNOWN AMOUNT OF U.S.C. TO SUSPECT #2. SUSPECTS WERE ALSO PACING BACK AND FORTH LOOKING IN TO M/V'S AS THEY PASSED BY, APPEARING ANXIOUS.

AT APPROX. 2:30 PM. OFFICERS OBSERVED SUSPECT #3 APPROACH SUSPECTS #1 + #2 ON FOOT AFTER WHICH ALL 3 PARTIES RE-ENTERED THE FOREST HILLS Ⓣ STATION, DESCENDING THE STAIRS, EXITING ON THE LOWER LEVEL WHERE THEY WALKED TO HYDE PARK AVE AND TOWER STS.

OFFICERS OBSERVED ALL 3 SUSPECTS PART AT THIS TIME WITH SUSPECT #1 RE-ENTERING THE Ⓣ STATION, SUSPECT #2 REMAINING ON HYDE PK. AVE. AND SUSPECT #3 CROSSING HYDE PK. AVE TOWARDS A PARKING LOT.

THE OFFICERS STOPPED SUSPECT #2 AN RECOVERED FROM HIM DURING A PAT DOWN FRISK WAS 1 "BRICK" OF SUSPECTED HEROIN. SAID "BRICK" CONTAINED 5 BUNDLES OF 10 WRAPPED IN ELASTIC. ABOVE HEROIN WAS SEIZED AND HELD AS EVIDENCE. (TOTAL 50 BAGS)

THE OFFICERS STOPPED SUSPECT #1 ON THE UPPER LEVEL OF THE Ⓣ STATION AND RECOVERED FROM HIS LEFT FRONT PANTS POCKET WAS 3 BUNDLES OF SUSPECTED HEROIN WRAPPED IN ELASTIC (TWO BUNDLES OF 10 BAGS ONE BUNDLE OF 5 BAGS - TOTAL 25 BAGS) ABOVE HEROIN WAS SEIZED AND HELD AS EVIDENCE.

SUSPECTS WERE PLACED UNDER ARREST AND TRANSPORTED TO E5. DRUGS LOGGED IN BOOK #14 PG. #1.

STATEMENTS MADE BY SUSPECT #2.

| CRIMINAL COMPLAINT | DOCKET NUMBER 9906CR003099 | Page 1 of 1 | **Trial Court Of Massachusetts District Court Department** |
|---|---|---|---|

| EFENDANT NAME | | | | COURT NAME & ADDRESS |
|---|---|---|---|---|
| 'HILBROOK, SEAN | | | | West Roxbury District Court<br>445 Arborway<br>Jamaica Plain, MA 02130-3688 |
| EFENDANT DOB: [redacted] | DATE COMPLAINT ISSUED: 08/19/1999 | DATE OF OFFENSE: 08/18/1999 | NO. OF COUNTS: 3 | |
| FFENSE LOCATION: ROSLINDALE | POLICE DEPARTMENT OF OFFENSE: BOSTON PD AREA E-5 | | | |
| V | POLICE INCIDENT NUMBER: 90445227 | NEXT EVENT: ARRAIGNMENT | NEXT EVENT DATE & TIME: 8/19/1999 9:00 AM | A |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the late(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | OFFENSE DESCRIPTION |
|---|---|---|
| 1 | 94C/32/C | **DRUG, POSSESS TO DISTRIB CLASS A c94C §32** |

on 08/18/1999, not being authorized by law, did knowingly or intentionally possess with intent to manufacture, distribute or dispense a controlled substance in Class A of G.L. c.94C, §31, to wit: HEROIN, in violation of G.L. c.94C, §32(a). (PENALTY: state prison for not more than 10 years; or jail or house of correction for not more than 2½ years; or not less than $1000, not more than $10,000; or both; G.L. c.280, §6B: plus Drug Analysis Fee of not less than $150, not more than $500, with maximum fee of $500 for multiple offenses from single incident. District Court has final jurisdiction under G.L. c.218, §26.)

| | | |
|---|---|---|
| 2 | 94C/32J | **DRUG VIOLATION NEAR SCHOOL/PARK c94C §32J** |

on 08/18/1999 did, as charged in the accompanying count(s), violate the provisions of G.L. c.94C, §§ 32, 32A, 32B, 32C, 32D, 32E, 32F or 32I while in or on, or within 1000 feet of the real property comprising an elementary, vocational or secondary school, or within 100 feet of a public park or playground, in violation of G.L. c.94C, §32J. (ADDITIONAL PENALTY FROM AND AFTER SENTENCE FOR VIOLATION OF §§ 32, 32A, 32B, 32C, 32D, 32E, 32F or 32I: state prison not less than 2½ years, not more than 15 years; or jail or house of correction not less than a mandatory minimum of 2 years, not more than 2½ years; and optional fine not less than $1000, not more than $10,000. §32H: may not be filed or continued without a finding; no reduction or suspension of sentence until 2 years served. District Court has final jurisdiction under G.L. c.218, §26.)

| | | |
|---|---|---|
| 3 | 266/16/A | **B&E NIGHTTIME FOR FELONY c266 §16** |

on 08/18/1999 did in the night time break and enter a building, ship, vessel or vehicle, the property of COMMONWEALTH OF MASSACHUSETTS, with intent to commit a felony therein, in violation of G.L. c.266, §16. (PENALTY: state prison not more than 20 years; or jail or house of correction not more than 2½ years. District Court has final jurisdiction under G.L. c.218, §26.)

| SIGNATURE OF COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP.ASST.CLERK | DATE |
|---|---|---|
| X [signature] | X [signature] | 8-19-99 |
| NAME OF COMPLAINANT | [redacted] CLERK-MAGISTRATE/ASST.CLERK | DATE |
| RONAN, PO | X | |

Date/Time Printed: 08/19/1999 09:35 AM

Form No.

99-3099

# INCIDENT REPORT

ORIGINAL ☒ SUPPLEMENTARY ☐

| Field | Entry |
|---|---|
| 01. KEY SITUATIONS | ☒ DRUGS ☐ LICENSED PREMISES ☐ ELDERLY ☐ JUVENILE ☐ COMMUNITY DISORDERS ☐ DOMESTIC ☐ OTHER |
| 02. COMPLAINT NO. | 90445227 |
| 03. REPORT DIST. | E5 |
| CLEARANCE DIST. | 28 |
| PAGE | 1 OF 2 |
| 04. TYPE OF INCIDENT | Poss. "A" W/Int. S/L |
| 05. CRIME CODE | |
| 06. STATUS | ☐ INACTIVE ☐ UNFOUNDED ☒ ARREST ☐ UNDER 18 ☐ EXCEPT CL ☐ UNDER 18 |
| 07. DATE OF OCCUR. | A. 8-18-99 B. |
| 08. LOCATION OF INCIDENT (NO. STREET-INTERSECTION-ALPHA ORDER) | Wash. @ Beech Sts. Rosl. |
| APT. | |
| 09. DISPATCH TIME | O/S |
| 10. TIME OF OCCUR. | A. 8:45 ☒ P |
| 11. VICTIM-COMP. (LAST, FIRST, MI) | Comm. of Mass. |
| 12. PHONE | |
| 13. SEX | ☐ M ☐ F |
| 14. RACE | |
| 15. MARITAL STATUS | ☐ MARRIED ☐ UNMARRIED |
| 16. ADDRESS (NO. STREET, CITY AND STATE IF OTHER THAN BOSTON OR MASS.) | N/A |
| APT. / OCCUPATION / 17. AGE / 18. D.O.B. | |
| 19. PERSON REPORTING (IF DIFFERENT THAN ABOVE) | P.O. Leo Boran |
| 20. ADDRESS | E5 D.C.U. |
| APT. / 21. PHONE | |

**A.** ☒ YES ☐ NO

| 22. PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. NO. | HOME ADDRESS | APT. | TEL. |
|---|---|---|---|---|---|---|
| Det. R. Cesan | | P.O. Jack Griffin | | | | RES / BUS |
| P.O. J. Freeman | | P.O. Cabral (K-9) | | | | RES / BUS |
| P.O. J. Foley | | | | | | RES / BUS |

**B.** ☒ YES ☐ NO — 23. PERSONS ARRESTED OR IDENTIFIED AT THIS TIME

| Field | Entry |
|---|---|
| 24. | ☒ ARREST ☐ WARRANT ☐ MISSING ☐ SUMMONS ☐ SUSPECT |
| 25. NAME (LAST, FIRST, MI) | Philbrook, Sean D. |
| 26. S.S. NO. | [redacted] |
| 27. BOOKING NO. | 994375 |
| 28. PHOTO NO. | — |
| 29. ALIAS | unk. |
| 30. WARRANT NO. | — |
| 31. ADDRESS | [redacted] |
| 32. SEX | ☒ M ☐ F |
| 33. RACE | W/M |
| 34. AGE | 26 |
| 35. HEIGHT | 5-8 |
| 36. D.O.B. | [redacted] |
| 37. SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | Blue Jean Shorts, Blue T-Shirt |
| 38. WEIGHT | 170 |
| 39. BUILD | Med. |
| 40. HAIR | Blnd. |
| 41. EYES | Brn. |

**C.** ☐ YES ☒ NO — 42. VEHICLES

| Field | Entry |
|---|---|
| 43. | ☐ STOLEN ☐ RECOV. ☐ LV. SCENE ☐ ABAND. ☐ ACCIDENT ☐ TOWED ☐ USED IN ☐ OTHER |
| 44. REG. STATE NO. | |
| 45. PLATE TYPE | |
| YEAR (EXP.) | |
| 46. MODEL | |
| 47. VEHICLE MAKE-YEAR | |
| 48. VEHICLE NO. | |
| 49. STYLE | |
| 50. COLOR (TOP-BOTTOM) | |
| 51. OPERATOR'S NAME | |
| 52. LICENSE NO. | |
| 53. OPERATOR'S ADDRESS | |
| 54. OWNER'S NAME | |
| 55. OWNER'S ADDRESS | |

**D.** ☒ YES ☐ NO — PROPERTY

| 57. TYPE OF PROPERTY | 58. SERIAL OR I-DENTI-GUARD NO. | 59. BRAND NAME-DESCRIPTION | 60. MODEL | 61. VALUE | 62. UCR | 63. RECOV. |
|---|---|---|---|---|---|---|
| 25 Glbs Heroin | | | | | | |

**E.** ☒ YES ☐ NO — M.O.

| Field | Entry |
|---|---|
| 65. TYPE OF WEAPON-TOOL | N/A |
| 66. NEIGHBORHOOD | Res/Bus |
| 67. TYPE OF BUILDING | 2 Family |
| 68. PLACE OF ENTRY | Rear Door |
| 69. WEATHER | Clear |
| 70. LIGHTING | Art. |
| 71. TRANSPORTATION OF SUSPECT (CAR, FOOT, MBTA, ETC.) | Foot |
| 72. VICTIM'S ACTIVITY | — |
| 73. UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | — |
| RELATIONSHIP TO VICTIM | — |

**F.** ☒ YES ☐ NO — 74. SPECIAL CHARACTERISTICS OF SUSPECTS (UNKNOWN ONLY)

**G.** ☐ YES ☒ NO

76. NARRATIVE AND ADDITIONAL INFORMATION

O/S at about 8:45 PM. P.O.s of the E5 D.C.U. were patrolling the Rosl. area when at Wash. + Beech Sts. they observed above suspect (a known heroin user) acting in a suspicious manner. The officers approached the suspect to conduct a threshold inquiry when the suspect upon seeing the officers fled on foot running behind a laundry mat jumping down from a 20ft wall to the rear of 311 Beech St. out of view of the officers. A search of the rear ensued when at the rear of

SOLVABILITY FACTOR

| Field | Entry |
|---|---|
| 77. UNIT ASSIGNED | V887 |
| 78. TOUR OF DUTY | 3 |
| 79. REPORTING OFFICER'S SIGNATURE | Leo J. Boran |
| 80. REPORTING OFFICER'S ID | 8238 |
| 81. PARTNER'S ID | 10389 |
| F.I. | ☐ YES ☐ NO |
| 82. DATE OF REPORT | 8-18-99 |
| 83. SPECIAL UNITS NOTIFIED (REPORTING) | |
| TELETYPE NO. | |
| 84. TIME COMPLETED | ☐ A ☐ P |
| 85. SIGNATURE OF PATROL SUPERVISOR | |
| 86. PAT. SUP. ID | |
| 87. SIGNATURE DUTY SUPERVISOR | |
| 88. DUTY SUP. ID | |

BPD Form 1.1 Revised 85

HEADQUARTER'S COPY

99-3099

BOSTON POLICE DEPARTMENT
CONTINUATION SHEET

Page 2 of 2

| 1. District | 2. Complaint No. | 3. Report Date | 4. Nature of Incident | Remarks |
|---|---|---|---|---|
| E5 | 90415227 | 8-18-99 | S/R Poss. 'A' W/INT | 3/0 |

3/0 Beech St. The K-9 unit T-535 P.O Calabro & P.O J. Griffin located the suspect in an enclosed storage area at the rear of the dwelling. The suspect had forced his way through a door and was attempting to conceal himself.

The suspect was placed under arrest and transported to E5. Located at the bottom of the 10ft. wall the suspect jumped from was 25 G/B's of suspected heroin. Said heroin was seized and held as evidence.

Suspect also has 2 outstanding warrants:

① #CR9410771 - For Armed Robbery / Firearm issued out of Suffolk Sup. Ct.

② #9902CR4234 - For Poss 'A' issued out of Rox. Ct.

Drugs logged in Book # 15 pg. 113.

Above incident took place within 1000 ft. of the Phineas Bates Elementary School.

BPD Form 1.1.1

1-74

HEADQUARTER RECORD