UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0048T |
| | ) | |
| SEAN DAVID PHILBROOK | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes Sean Philbrook, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue his sentencing from March 24, 2006, for a period of 60 days. Mr. Philbrook requests this continuance to resolve motions pending in the District Court for the Commonwealth of Massachusetts. Specifically, Mr. Philbrook has moved in that court to vacate his convictions in case nos. 9806-CR-2229 (possession of heroin with intent to distribute) and 9906-CR-3099 (possession of heroin with intent to distribute and breaking and entering). Both convictions rest on woefully deficient factual bases (police reports attached) and have a very significant impact on the advisory guideline range that he faces in this case. A defendant has a due process right to be sentenced based on accurate information. *United States v. Tucker*, 404 U.S. 443, 447 (1972); *Townsend v. Burke*, 334 U.S. 736, 741 (1948). Resolution of these motions in the Commonwealth's court will allow the Court to sentence Mr. Philbrook based on an accurate record.

The government has no objection to this continuance.

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/10/2006

Respectfully Submitted
Sean David Philbrook,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA James Leavey, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903 on this the 3rd day of March, 2006.