**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-0048T** |
| | ) | |
| **SEAN DAVID PHILBROOK** | ) | |

---

**NOTICE OF APPEAL**

Now comes the defendant, Sean David Philbrook, and hereby notices his appeal of his sentence imposed on November 29, 2006.

Respectfully submitted
Sean David Philbrook
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to James Leavey, Assistant United States Attorney, on December 1, 2006.

/s/ Kevin J. Fitzgerald