COA #
07-1018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

December 27, 2006

Clerk of the Court
United States Ccurt of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

**RE:** ***CR05-48-01T USA v. SEAN DAVID PHILBROOK***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Appeal Cover Letter; Appeal Cover Sheet; Notice of Appeal; Certificate of Clerk; Complete Case File; PSR (sealed); SOR(sealed); Cert. Copy of Docket