05-00048 USDC/RI TX105

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1018

UNITED STATES,

Appellee,

v.

SEAN DAVID PHILBROOK,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: September 21, 2007

Having carefully reviewed the Anders brief and record, we conclude that there is no non frivolous basis for appeal. Consequently, counsel's motion to withdraw is granted, and the judgment is summarily affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/25/07

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By ______________________
Chief Deputy Clerk.

[cc: Steven A. Feldman, Esq., James H. Leavey, AUSA, Donald C. Lockhart, AUSA, Sean David Philbrook]